**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RICHARD JOHN ICHIHARA,

Defendant - Appellant.

No. 09-10280

D.C. No. 1:08-cr-00020-FMTG-1

MEMORANDUM [*]

Appeal from the United States District Court
for the District of Guam
Frances M. Tydingco-Gatewood, Chief District Judge, Presiding

Submitted May 25, 2010[**]

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Richard John Ichihara appeals from the 30-year sentence imposed following

his guilty-plea conviction for continuing criminal enterprise, in violation of 21

U.S.C. § 848 (a),(b) &(s), conspiracy to distribute more than 50 grams net weight

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of methamphetamine hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and money laundering, in violation of 21 U.S.C. § 956(a)(1)(B)(I).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Ichihara contends that the district court erred when it imposed a two-level enhancement for importation of methamphetamine pursuant to U.S.S.G. § 2D1.1(b)(4).  The record reflects that Ichihara admitted to knowingly importing methamphetamine, and we therefore conclude that the district court did not err. *See* U.S.S.G. § 2D1.1(b)(4).

**AFFIRMED.**